**Arthur KINOY, Appellant,**

v.

**DISTRICT OF COLUMBIA, Appellee.**

**No. 4186.**

District of Columbia Court of Appeals.

Argued June 21, 1967.

Decided July 25, 1967.

Anthony G. Amsterdam, Washington, D. C., and Morton Stavis, Newark, N. J., with whom Philip J. Hirschkop, Alexandria, Va., was on the brief, for appellant.

Louis Lusky and others filed a brief as amici curiae urging reversal.

Ted D. Kuemmerling, Asst. Corp. Counsel, with whom Charles T. Duncan, Corp. Counsel, Hubert B. Pair, Principal Asst. Corp. Counsel, and Richard W. Barton, Asst. Corp. Counsel, were on the brief, for appellee.

Before HOOD, Chief Judge, MYERS, Associate Judge, and QUINN (Associate Judge, Retired).

PER CURIAM:

Having considered the various points raised by appellant, we are of the opinion that the facts of the case are adequately

discussed and the law correctly analyzed and applied in the well reasoned opinion of Judge (now Chief Judge) Greene denying the motion in arrest of judgment.[1]

Affirmed.

1. See also United States v. Woodard, 376 F.2d 136 (7th Cir. 1967), affirming convictions for disorderly conduct during hearings by the House Committee on Un-American Activities.